THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

April 30, 2018

*Via* ECF

The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York,  New York  10007

       Re:    *United States v. Graves, et al.,* 18 Cr. 146 (JFK)

Dear Judge Keenan:

I represent Vernon Walker in the above-referenced matter pursuant to the Criminal Justice Act.  I write to request that the Court authorize the appointment of Valerie Gotlib, a part-time associate in my office, to assist me in representing Mr. Walker in this matter.

I am highly conscious of needlessly expending CJA funds.  Consistent with the goal of conserving resources, I firmly believe that the appointment of Ms. Gotlib in this case will result in substantial savings by relieving me from performing tasks that would be more expensive due to my higher billing rate.  Ms. Gotlib has been appointed to assist me on multiple CJA matters in this district and is very familiar with the mandates and obligations for CJA appointed counsel.  Ms. Gotlib has met with Mr. Walker and he consents to her appointment as associate counsel to represent him.

Accordingly, I respectfully request that Your Honor execute the enclosed Proposed Order authorizing the appointment of Ms. Gotlib at a rate of $90 per.

Respectfully submitted,

    /s/

César de Castro

Enclosure

cc:    all counsel of record (*via* ECF)