THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

July 9, 2018

*Via* ECF

The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   *United States v. Graves, et al.*, 18 Cr. 146 (JFK)

Dear Judge Keenan:

We represent Vernon Walker in the above-referenced matter.  We write to respectfully request that the Court schedule a substitution of counsel hearing for Mr. Walker.  Mr. Walker has informed us that he would like new counsel appointed to represent him.  Accordingly, we respectfully request that the Court schedule a substitution of counsel hearing.

Respectfully submitted,

      /s/

César de Castro
Valerie A. Gotlib

cc:   all counsel of record (*via* ECF)