UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           **ORDER**
                                    :
                                    :     18 cr 146 (JFK)
     Vernon Walker                  :     ———————————
                                    :        Docket #
                                    :        (Deft. #3)
------------------------------------x

Hon. John F. Keenan, **DISTRICT JUDGE:**
———————————————
   Judge's Name

The C.J.A. attorneys assigned to this case
Cesar DeCastro / Valerie Gotlib are hereby ordered substituted
———————————————————————
   Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to  Gerald DiChiara  , NUNC-PRO-TUNC  7-19-18 .
                     ———————————————                    ————————
                       Attorney's Name

                                SO ORDERED.

                          John F. Keenan
                          ————————————————————————
                          UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        7-19-2018