3/19/2019

To Judge John F Keenan

Lawyer Gerald J Dichiara

I am Writing this letter on behalf of vernon walker 761305 I am his youngest sister Lakesha walker we were born and raised in brooklyn NewYork we grow up with alot alot of Domestic violences and alcoholic abuser my father use to beat on my mom, brother constantly. we left our home alot and came back trying to get away from my dad he would look for us go to our family houses etc

I remeber When we left and went into the Shelter SYStem to get away and we also to my aunt house my brothe vernon had it very rough life where he use to get into trouble get beating he started to be in trouble alot when he ending up in groups homes to Jail since he was about 13 to 14 years old We were very helpless to be able to help our mother our father who is dead today did alot of horrible things to my mom as we growing up vernon had it the worse he could not help mommy it pained him alot where he use to go outside suck up tonkens steal fight get beat everyday.

Treated really bad my dad use to have him stay in his room allday can't come out he would have to piss and doodle in his room and a Pitcher of water food will be brough into the room for him he did he first state bid between 1991 which whole up

5 years than he repeated got arrested to where he ended up doing 7 to 10 years in 2003 all way to 2015 after doing 13 years he eunited with his family live with me and my kids in mountvernon NY where he parole there.

e met his neices, nephew's after many years and I remeber when he enter back into the world from doing all that time change him he would take kids to school every day for me on the first ay of school Sept he took pictures of them with their uniforms on hair done new clothes pick them up from school take them to store park did unlce things he was very happy and I sas too to have my brother back was great.

When I leave out to work in the morning he will walk me to work y coffee meet me after work clean the house he also went up to kids school for me if it was any problem in place of me respectful for hen I was not able to make it at work or taking care of business talk to he teachers resolve the problem he also help alot of people.

When we live in Westchester county he came home to live with me he ork with a preacher did work on cars help out with snowing out front lawds at their house he also volunteer to help any type of people he had met a irlfriend and she had 3 kids where he went and move in with her live there or a while when he was there he went to her kids school for her son and did a father and son program he supported his step son Deshawn was very happy.

ve did laundry help her kids with homework I remeber When we had our family reuion and we have a handicap Uncle Rufus Who is in a wheelchair he took him out of it carried him all the way up the stairs 4 flights and also went back down to to bring wheel chair up we loss our aunt Paula walker from cancer back in 2012 my brother Vernon was lock up at that time so he was not able to come he was hurt and upset we didn't tell him because didn't know how he would have reacted because of the trauma in his life.

We did cancer walk every year for my aunt and others in the world that we had loss and fighting it had a cores for the walk and Vernon was able to do it when he came home with his family he will always call and check on my mom went to her job pick her up go to her house fix things clean out her closets cook clean make sure she was comfortable and sit hours with her and watch tv to she fell asleep.

Living in Westchester county when he live with Ronisha ex girlfriend he got a job with a man Where he use fix up houses putting beams in re do floors put Windows in painted etc he also help out moving furnture and load on trucks When he came home he also look for jobs was on parole and in a program through parole.

He work with my cousin Ravon walker help him out by having him Dancing and centrel Park he made sure had some type of funds by going down town manhattan Where my cousin and his friends, brother will dance and make honest cash dancing for people and give them a great Show my brother use to control the music and go around collect the donates in a hat people will give cash and enjoy the Show

Thornqule

He also will go to my sister house when he had his car take er food shopping to work and spend time with her and my neice nephew he will drive anywhere because she couldn't drive her own car becau of leg give out on her cause sher has a sickness of thyroids, lupus so vernon always had a good heart and helping hand my friends whenever he will ask them you hungry want to eat need something from he store he will walk you home train anywhere to make sure you safe.

I remeber when vernon will drop my time sheets off at my job for me get my paid check also, he always took time out to help people eriod it didn't matter who you was he is a very smart intelligent man who grow up in jail and abuse in and out the systen his whole life but he can teach you he will sit down and read books to the kids and feed them knowledge and he also will go to the park with my son Lesean my oldest child play basket ball and have the little ones to at the park he will push them on the swings and play on the slides and play tag etc.

He has a son he will be 17 years old on April 15 Qudir is his name he didn't see his son until he came home and he was betweenage of 14 to 15 then reunited with his dad he also spend alot of time with him took him downtown and let him see him work and see my cousin at dance he brough clothes and sneakers for his son went out to to movies I remeber when my brother vernon was sitting down talking to his son and helping him with anything play games with him took him to visit my mom who live in bronx take them out for pizza they go to the park feed the birds.

e use to Visit my cousin house and help out with house hold things then he also met his new girlfriend Stacey who he was living with when he got arrested for this case move back to new York where she supported and help her out by driving her to work and to take care of her grandmother 77 years old he will take her doctors appointments and help her in out of the car made sure he was right by her side he cook clean he will run errands at the stores 24 hours he was the type of person who always wanted to help.

e will never ever hit a woman just was not his character I will say that my brother suffer from alot of abuse and it came from our back ground with my father and I think my brother just didn't know how to handle it remeber one time my dad had beat on my mother and than throw alcohol on her down between her legs and thighs lit her up and burn my mother and he ran and left it was not a happy home so many times we went to shelters and relatives houses. Vernon didn't want to live in a shelter so he would act up get crazy where they would take him from my mom child protected Services so he went away to group homes I remeber living in bronx where we saw all the abuse and Physical too that we had to see.

My sister Doretha walker the oldest of me and Vernon she was so tired of it she try to stop the abuse and went to BCW well its know as ACS, CPS and we got tooking away from mother for 2 weeks but we did get away from my dad and live in Harlem NY but by that time my brother was already in and out of prison my brother never had a chance to be out in this world he did like 25 to 27 years

more in Jail and he finally made it home a few times
ying to make it right but never forgave his self for everything
hat he saw and done and what he couldn't do to help mom from his
father I think that he just didn't understand that its nothing he did wrong
and not his fault he was just a child growing up in a Dom Sitec
home with abuse to him and his mother me and my sister never got
a beating or in trouble vernon use to take whipping for us.

But when he came home and had the chances and was home and
reunions and to be reunited with his family and always helping and loving
and looking to work and get a job and stay out of trouble he had
his son in his life.

I ask that you can understand and feel where I am coming from
my dad die in 1999 of hiv Aids and again my brother never had a chance
to really say how he felt my dad also been in out of the Jail System they bump
into each other when my father was sick where he was diagnosed with
Aids but vernon Just made sure my father was ok evening though he had
his feelings and reason for his behavior was cause of him but that was
still was his dad so he protected him and was there for him
at that time and moment.

Thank you

Sincerely yours

Lakesha Walker
Sister of Vernon Walker
347-367-6109

March 13, 2019

Doretha Walker
262-264 West 123rd Street #4D
New York, NY 10027

Honorable John F. Keenan
500 Pearl St # 1930
New York, NY 10007
Re: Vernon Walker

Dear Honorable Judge Keenan,

My name is Doretha Walker. I am the oldest sister of Vernon Walker. I have been working with the Harlem Children Zone Inc, past seventeen years I first came into the organization as a peace marker under an America Corps grant. I was promoted to a crisis worker after four months because I want to give back to my community not only as an educator but also a product of my environment. I graduated from college with a bachelor's degree in 2001. I was promoted again to the intake coordinator, stayed in that position for three years. Not knowing other directors were watching me for my work ethics then I was contacted by a Senior Director about Academic Case Manager position with middle school students who were having a hard time at school and home. The very same background I came from I was scared, but I thought about my brother and said I could help these young men and women to not end up in the same situation he did. The position I hold now is Assistant Director for Safety Team. I love working in my community and the agency mission. Enough about me I want to let you know a little about me before I in get into the letter. I have sat in your courtroom and saw that you a very fair person with Morals and Values.

I have known Vernon Walker his whole life sometimes I feel I failed as being the oldest sibling that I could not protect my brother from these mean streets. Vernon has always played the role of protector and confidant to his family. That's why I know he came out last year to protect his cousin, which he takes full responsibility for his part in this incident. Vernon has a son Qudrae who misses his father because they were rebuilding a relationship since returning in his life. Qudrae is in his teenage years where he needs the guidance of his father now more than ever. It hurts me to see my nephew and so much pain. Vernon also has six nieces and four nephews who adore him. Vernon lost his only aunt to cancer while being incarnated died, and nobody was able to come terms to tell him until he got home.

Vernon is the second oldest of my mother's three children. My brother had a rough upbringing seeing as my father was very abusive towards my brother and mother. I feel so ashamed about writing this letter to you; my father did things that were not supposed to happen

to a child at that age beating that left him bruised up and scares for a lifetime. Back in the days, you could not tell anyone what was going in your household unless you are prepared to get a beating again. I saw my brother get beat with extension cords among other things. My mother tried to protect my brother the best way she can from my father, but he used to beat her also until she would have black eyes or fell out and even sometimes made her sleep on the couch for standing up for my brother. My father had a demon inside him as a child and never got the help he needed. As I am getting to know my father's side of the family, I found out a lot of information out that was never shared with my siblings and me about his abusive, alcoholics parents.

I am asking for leniency for my brother currently Judge Keenan you know all evidence in the case Vernon had the least involvement in this incident I am only asking you to give my brother another shot at being a father, uncle, brother, cousin. I will help him obtain employment and assist him in enrolling into a trade school that will help to cope with the society of the day. Judge Keenan if you can have Vernon closet to the city as you can I just found out some news that is not going allow me travel long distance.. Thank you for taking the time out to read my letter as I know you probably read a bunch of letters your time on the bench.

Respectfully,

Doretha Walker

Jan, 28 2019

Honorable, Judge Keenan
Gerald J. Didiara
585 Steward ave
Suit L-16 Garden City Ny. 11530

I am writting this on behalf of Mr. Vernon Walker,

My Name is Nicola lee Shepperson his Aunt, and Mother Ms. Linda Ann Walker, am Writting this.

As his Aunt I am only 7 years Older than my nephew so Ive spent plenty of time in his up bring.

Vernon was a happy child to the best of my Knowledge his mother didn't abuse him or mistreat him.

However, his father was Very strict and abusive towards him, but not his sister's. Also I remember Vernon going away at a time. However Once Ive seen him again. he was growing into a Very strong minded young man.

I taught Vernon how to ride Bike defend him self, and be good in School.

over →

because School is for listening learning. This is all the Knowledge I have of my Nephew.

My Name is Ms Linda ann Walker Vernon's Mother,

I am Writting this On behalf of my Son.

As a child my Son was happy cheerful, playful and mannable with respect, His father was incarcerated most of Vernon's chidhood life, and I raised my kids well, However When his father Came home, [illegible] Vernon presents he was Very abusive towards Vernon and me. However, I Manage to Secure Us and Keep Us Safe by running as much as I could away from the abuse towards me and my Son

I did as much as I Could to Keep my Kids from any harm, Presently I am retired. If theres any Questions Please feel free to Call me @ (570) 453-8696, and Ms Shepperson @ 908-357 8852,

Sincerely Ms Walker / Ms Shepperson