April 1st, 2019

The Honorable John F. Keenan

Hi your honor, i hope that this letter finds you in the best of health and spirits. My name is Kadeen Graves and im writing this letter in reference to my co/defendent Vernon Walker who is scheduled to be sentenced in front of you on the 10th of April. The year of 2018 was a long and hard year for me and my co/defendents as far as our case is concerned a lot of up's and down's and many emotional moments from the firing of lawyers to the heartfelt letters to the Court out of frustration when we just felt as tha things werent going the way they were suppose to be going, but through it all and i have been in front of a lot of judges in my life (not proud to say) but its true, and thru ugh it all if i had to choose a judge out of them all based on my experience with the Courts over the years, but if i really had to choose a judge based o the way i felt a court should be ran, with out a doubt Mr. Keenan (Your Honor), i would pick your courtroom, from the way you handle your courtroom with a stern no nonsense attitude towards the cases, you always made me and my co/defendents feel like we had a fighting chance regardless to what issues was being argued you gave each issue the

your best judgment with the highest level of understanding for both sides without the slightest hint of discrimination, and you pay attention to detail down to the last letter, and i can honestly say your Honor that all the way up to my final day in front of you with my wife and babies sitting in the courtroom before my sentencing i will never forget the feelings and emotions that i experienced on that morning because i have never felt a level of confidence in the system let alone a judge that i was going to be ok when it was over, and after i expressed my appoligies to the court for my actions and my remorse Your Honor you the sentenced me to 42 months, and it wasnt just that you gave me the time that you gave me but the real emotion that came with the sentence is what made the diffrenc for me, the way you talked to me after showed true character for a judge thats rare in court, the way you addressed the court, me as well as my family really made the diffrence in my eyes and i just wanted to thank you for those extra words you gave me at the end of my sentencing and i want you to know they meant the world to me thanks your Honor (Judge Keenan) with that being said on the 10th of April you will have the last of the 3 of us to sentence Vernon Walker which will conclude and wrap our case up and now brings us

to the end of our chapter, Your Honor as you know I was sentenced in front of you to 12 months respectfully and Ravon was sentenced to 36 months also respectfully before you sentence Vernon your honor I just want the Court to know that Ravon and his cousin Vernon would never be here if it wasn't for me and the fact that it was my situation in life and the fact that me and my family was in a financial bind after my shooting incident and the fact that I had been denied disability I had denied me twice on top of the fact my wife Monique was just released a few months prior from the hospital for her opperation (Brain Surgery) and Vernon and Ravon never would be here if it wasn't for me and my situation, and even though no situation is justification for or to commit a crime, but at the time they were honestly trying to be loyal friends, neither one of them needed to be involved with me, both of them had good lives especially Vernon since he spent soo much time in jail in the past but he was finally on a good path raising his son and with a good woman who loves him and I want the best for him. And his cousin ravon who has never been in no real trouble in his life aside from smoking some weed and maybe driving without a liscense, but soo many people in the neighborhood love, look upto and respect and depend on raven it's crazy and I'm explaining all this your Honor is to say that I'm asking you to show

Vernon Walker the same lienience that you showed me and Ravon Walker at sentencing because he is here for trully being a loyal friend who made a bad decission in a time of need, he was making a lot of possitive steps towards getting his life together and on track after a long time, so im asking the cart (Judge Keenan) to please give Vernon Walker the opportunity to soon return to his wife and son and get his life together. I want to take this time to again thank the Cart for taking the time out to read my letter and i hope that i havent inconurenced the Cart in any way...

Sincerly
Kareem Grapes
Ravon Greene