```
 NYMAF           *            INMATE EDUCATION DATA        *      03-29-2019
PAGE 001 OF 001 *                 TRANSCRIPT              *      13:23:11


REGISTER NO: 76131-054    NAME..: WALKER              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: NYM-NEW YORK MCC

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
NYM  GED UNK    GED STATUS UNKNOWN           02-07-2018 0101 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
NYM M      KILLER WHALES              03-22-2019 03-22-2019  P   C  P    1
NYM M      STUDY OF ASTEROIDS         03-10-2019 03-10-2019  P   C  P    1
NYM M      AFRICAN AND AFRICAN AM DRAMA 12-04-2018 03-29-2019 P  C  P   12
NYM M      STEP BY STEP TOWARDS GOALS 10-15-2018 12-18-2018  P   C  P   14




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```