**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :          No. 18 Cr. 146 (JFK)
                                    :
VERNON WALKER,                      :              **ORDER**
                                    :
                Defendant.          :
-----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    The Government is directed to file its response to

Defendant Vernon Walker's <u>pro se</u> motion for compassionate

release (filed under seal) by no later than January 26, 2021.

The Government is further directed to mail a copy of its

response to Walker at that time.  Walker shall have 30 days from

the date on which he is served with the Government's opposition

to file a response.  Absent further order, the motion will be

considered fully submitted as of that date.

    The Clerk of Court is respectfully directed to

electronically notify the Criminal Division of the U.S.

Attorney's Office for the Southern District of New York that

this Order has been issued.  The Court will mail a copy of this

Order to Walker today.

**SO ORDERED.**

Dated:  New York, New York
        January 12, 2021                _John F. Keenan_____
                                          John F. Keenan
                                   United States District Judge